

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### ─── DISTRICT OF ───

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS'
HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST
FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND;
MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,

**Plaintiffs**

**V.**

Fidelity and Deposit Company of Maryland
Defendant

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04   1 2 3 1 2 WGY

TO: (Name and address of defendant)

Fidelity and Deposit Company of Maryland
P.O. Box #17138
Baltimore, MD  21297

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

OCT 2 9 2004
DATE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **PAUL J. MCNALLY, as he is Trustee, et al.** | * | |
| Plaintiff | * | Case Number: Case No. 04-12312 WGY |
| vs. | * | |
| **Fidelity and Deposit Company of Maryland** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1.    That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2.    That on **12/10/04** at **11:32 AM**, I served upon **Ms. R. Bailer authorized to accept for Fidelity and Deposit Company of Maryland**(Description: Sex: **F**, Race: **Black**, Height: **Standing behind a counter,** Weight: **\***, Approximate Age:**44**). a copy of the following:

   Summons in a Civil Case, Complaint, Prayer for Relief, Exhibits A-F

3.    That service was effected at 3910 Keswick Road,   in Baltimore, MD  21211

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

J. Matthews Manlich
Monumental Process Servers, Inc.
221 West Joppa Road
Towson, MD 21204
(410) 321-6642

**Process Server Cost: $54.00**
MPS File Number: 4-12-10-010