UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND and MASSACHUSETTS
LABORERS' DISTRICT COUNCIL,
                Plaintiffs

vs.

FIDELITY AND DEPOSIT COMPANY OF
MARYLAND,
                Defendant

C.A. No. 04-12312 WGY

## NOTICE OF DISMISSAL

Now come the plaintiffs, Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al pursuant to Rule 41(a)(1), Fed.R.Civ.P., to notify the Court that plaintiffs' claim against defendant Fidelity and Deposit Company of Maryland is dismissed with prejudice and without costs.

Respectfully submitted,

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS'
HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street

        Suite #500
        Boston, MA  02108
        (617) 742-0208

Dated:  January 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Dismissal has been served by certified and first class mail upon Fidelity and Deposit Company of Maryland at Chesapeake & Calvert Building, 3910 Keswick Road, Baltimore, MD  21211 this 13th day of January, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
6306 03-189/notofdis-fidelity&dep.doc

2